### REX v. HANSON.
Burglary is an offense at common law, and the statute prescribes the punishment.

INFORMATION for a burglary, laid upon the old statute, upon which Hanson was found guilty; he then moved in arrest, that since the commission of the burglary complained of, the legislature had made a new statute, altering the punishment for burglary and repealing the old law, so far as respects the punishment; and that the prisoner cannot be convicted upon one statute and punished by another.

Motion judged to be insufficient; for burglary is an offense at common law, and the statute only declares the punishment.